IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| PAULETTE L. CARRUTHERS, : | |
| : | |
| Plaintiff, : | |
| : | CIVIL ACTION |
| v. : | FILE NO. 1:10-CV-3123-WSD-LTW |
| : | |
| BAC HOME LOANS SERVICING,: | |
| LP, FKA COUNTRYWIDE HOME: | |
| LOANS SERVICING LP, : | |
| : | |
| Defendant. : | |

## BAC HOME LOANS SERVICING, LP'S
## MOTION TO DISMISS AMENDED COMPLAINT

Defendant BAC Home Loans Servicing, LP ("BAC" or "Defendant") (improperly-named as "BAC Home Loans Servicing, LP, FKA Countrywide Home Loans Servicing LP") hereby moves to dismiss the Amended Complaint filed by Plaintiff Paulette L. Carruthers (the "Plaintiff"), pursuant to Federal Rule of Civil Procedure 12(b)(6). For the reasons set forth in BAC's contemporaneously-filed memorandum of law, Plaintiff's Amended Complaint fails to state a claim upon which relief can be granted, and should be dismissed in its entirety.

Respectfully submitted this 10th day of November, 2010.

        **PARKER, HUDSON, RAINER & DOBBS LLP**

        */s/ Darren E. Gaynor*
        William J. Holley, II
        Georgia Bar No. 362310
        Darren E. Gaynor
        Georgia Bar No. 288210
        Peter F. Busscher
        Georgia Bar No. 407228

        1500 Marquis Two Tower
        285 Peachtree Center Avenue, N.E.
        Atlanta, Georgia 30303
        Telephone: 404-523-5300
        Facsimile: 404-522-8409
        E-mail: wholley@phrd.com
        E-mail: dgaynor@phrd.com
        E-mail: pbusscher@phrd.com

        *Counsel for BAC Home Loans Servicing, LP*

# CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the within and foregoing **BAC HOME LOANS SERVICING, LP'S MOTION TO DISMISS AMENDED COMPLAINT** upon all parties to this matter via first class U.S. mail addressed to Plaintiff as follows:

> Paulette L. Carruthers
> 195 14th Street, 701
> Atlanta, Georgia 30309

This 10th day of November, 2010.

> /s/ Darren E. Gaynor
> Darren E. Gaynor

1705591_1